**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

NERY JOSE RIVAS REYES,

     Petitioner,

v.

                                  Case No. 1:26-cv-01712-MIS-GJF

WARDEN, Cibola County Correctional Center; MARY DE ANDA-YBARRA, in her official capacity as El Paso Field Office Director of the Immigration and Customs Enforcement; ACTING DIRECTOR, Immigration and Customs Enforcement; ATTORNEY GENERAL of the United States; and MARKWAYNE MULLIN, Secretary, of the U.S. Department of Homeland Security,

     Respondents.

## <u>FINAL JUDGMENT</u>

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Petitioner Nery Jose Rivas Reyes and against Respondents Warden,

Cibola County Correctional Center, Mary De Anda-Ybarra, Acting Director, Immigration and

Customs Enforcement, Acting U.S. Attorney General, and Markwayne Mullin.

                                       _____

                                       **MARGARET STRICKLAND**
                                       UNITED STATES DISTRICT JUDGE